

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00379-CV

The **STATE** of Texas,

v.

**ONE MILLION SEVEN HUNDRED ELEVEN THOUSAND SIXTY-ONE DOLLARS AND SEVENTY-NINE CENTS ($1,711,061.79) IN U.S. CURRENCY**, Elgin Watch, Rope Necklace, ID Bracelet, Two (2) Costume Jewelry Rings, and Five (5) Silver Bars,

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 10,242
Honorable Susan D. Reed, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that the Appellees Hilda Diana Guerra Villarreal, Rebecca Villarreal Lopez, Raul Rene Villarreal, the Estate of Rodolfo Villarreal, Rodolfo Ricardo Villarreal, Daniel Jesus Villarreal, and Carlos Mauricio Villarreal, recover their costs of appeal from Appellant the State of Texas.

SIGNED December 27, 2018.

_Karen Angelini_
Karen Angelini, Justice